# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>0.93 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA, JERROLD DAVID, AND JUDITH DAVID,<br>Defendants. | CASE NO. 08CV282<br>**ORDER FOR DELIVERY OF POSSESSION** |

Presently before the court is the United States' (hereinafter plaintiff) ex parte application for an order for the surrender of a right of way over the property described in the Complaint filed herein. It appearing that plaintiff is entitled to possession of this right of way,

IT IS HEREBY ORDERED that all defendants to this action and all persons in possession or control of the property described in the Complaint filed herein shall surrender a right of way for surveying, making borings, and conducting other investigatory work, to plaintiff immediately. Plaintiff shall serve a notice of this order upon all persons in possession or control of the said property forthwith.

**DATED: February 26, 2008**

Irma E. Gonzalez

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**