# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

THE UNITED STATE OF AMERICA

vs

0.93 ACRES OF LAND, MORE OR LESS,SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; JERROLD DAVID and JUDITH DAVID; AND ALL OTHER INTERESTED PARTIES

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0282 LAB BLM

TO: (Name and Address of Defendant)

Jerrold David

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Tom Stahl, Assistant U.S. Attorney; Chief, Civil Division
Office of the U.S. Attorney
Federal Building
880 Front Street, Room 6293, San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr. — FEB 13 2008

CLERK — DATE

K. HAMMERLY

By , Deputy Clerk

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 3-8-2008 |
| NAME OF SERVER MARQUES COMPTON | TITLE RPS # 1405 |

Check one box below to indicate appropriate method of service

[ ] Served personally upon the defendant. Place where served: ______

[XX] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: SAUL MENDEZ - CARETAKER
8626 VALENCIA ST SPRING VALLEY, CA 91977
Name of person with whom the summons and complaint were left: ______

[ ] Return unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 3-12-2008
Date

Signature of Server

ACCUTECH
LEGAL SUPPORT SRVS.
P.O. BOX 12037
SAN DIEGO, CA 92112

Address of Server

NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# ATTACHMENT TO PROOF OF SERVICE

## DECLARATION OF DUE DILIGENCE FOR SUBSTITUTED SERVICE

At the time of service I was at least eighteen years of age and not a party to this action. That after due diligent effort I have been unable to effect personal service on the party named on summons, and after effecting diligence as listed below, at address where served, substitute served at same address:

| Dates and times attempted: | | Reason for non-service: |
|---|---|---|
| 3-5-2008 | 8:30am | no answer |
| 3-6-2008 | 7:51pm | no answer |
| 3-8-2008 | 11:55am | not able to come to door, substitute served |

I declare under penalty of perjury and the laws of the state of California that the foregoing is true and correct.

Date: 3-12-2008

Marques Compton

## DECLARATION OF MAILING AFTER SUBSTITUTED SERVICE

At the time of service I was at least eighteen years of age and not a party to this action. I declare that after substituted service was made, I mailed copies to the defendant named on summons, by first class mail, postage prepaid, to the address where served:

On date: 3-12-2008 from: San Diego, CA

I declare under penalty of perjury and the laws of the state of California that the foregoing is true and correct.

Date: 3-12-2008

Teri G. Smith

**ATTACHMENT TO PROOF OF SERVICE**

LIST OF DOCUMENTS SERVED:

1) Summons in a Civil Action (issued by District Court on February 13, 2008)

2) Complaint in Condemnation with Declaration of Taking 40 USC 3114 (filed with District Court on February 13, 2008)

3) Civil Case Cover Sheet (filed with District Court on February 13, 2008)

4) Declaration of Taking (filed with District Court on February 13, 2008)